# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| DION D. HAMILTON, | : | |
| Plaintiff | : | |
| VS. | : | |
| UNKNOWN DEFENDANT, | : | NO. 7:09-**CV**-18 (HL) |
| Defendant | : | **O R D E R** |

     Plaintiff **DION D. HAMILTON**, a prisoner at Rutledge State Prison in Columbus, Georgia, has written a letter that the Clerk of Court filed as a civil rights action under 42 U.S.C. § 1983. Although plaintiff has submitted an accompanying affidavit to proceed IFP, a review of his letter, which is addressed "Dear Commissioner," indicates that plaintiff may not have intended to file a civil rights action at this time. For example, plaintiff states that he has a "few corporate concerns that are in my district in Miami, FL business area." Plaintiff additionally asks that the military investigate an unspecified grievance.

     The Court's role is strictly judicial, *i.e.*, resolving actual cases and controversies between adverse parties. ***Preiser v. Newkirk***, 422 U.S. 395, 401 (1975). In his letter, plaintiff does not name a defendant or state an apparent case or controversy. Accordingly, it is hereby **ORDERED** that the instant action be **DISMISSED** without prejudice.

     **SO ORDERED**, this 9th day of February, 2009.

                                                     *s/ Hugh Lawson*
                                                     HUGH LAWSON
                                                     UNITED STATES DISTRICT JUDGE

cr